UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIET OUM,<br><br>            Plaintiff,<br><br>    v.<br><br>HEIDT, et al.,<br><br>            Defendants. | Case No.: 2:23-cv-00675-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 4) |

Plaintiff filed a motion for an extension of time to file a complete application to proceed *in forma pauperis* because he has not received any financial documents from the NDOC yet. Docket No. 4. The Court grants Plaintiff's motion for an extension of time. Plaintiff must file a complete application to proceed *in forma pauperis* on or before August 18, 2023.

Accordingly, for the reasons stated above,

IT IS ORDERED that the motion for extension of time, Docket No. 4, is **GRANTED**.

IT IS FURTHER ORDERED that, no later than **August 18, 2023,** Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

//

//

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

IT IS SO ORDERED.

DATED: June 28, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE